# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Atlas, Nancy F. | U.S.D.C. - S.D. Tx. | 09/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
515 Rusk Street, Room 9015
Houston, TX 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Member | VICTORY (Houston American Cancer Society) |
| 2. | Co-Trustee | Trust 1 |
| 3. | Co-Trustee | Trust 2 |
| 4. | Co-Trustee | Trust 3 |
| 5. | Co-Trustee | Trust 4 |
| 6. | Co-Trustee | Trust 5 |
| 7. | Council Member and Task Force Member | American Bar Association Section of Litigation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ▒▒▒▒▒▒ - fees |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Section of Litigation | 01/12/2012-01/15/2012 | Las Vegas, NV | Winter Leadership Conference | transportation, lodging, meals |
| 2. | University of Texas | 03/07/12 | Austin, TX | Community Fellows Program | transportation |
| 3. | New York University | 03/29/12-03/31/12 | New York, NY | Admitted Students Program | transportation, lodging |
| 4. | American Bar Association, Section of Litigation | 04/18/12-04/21/12 | Washington, DC | Section Annual Conference | transportation, lodging, meals |
| 5. | American Bar Association, Section of Litigation | 06/21/12-06/23/12 | San Juan, PR | Spring Leadership Conference | transportation, lodging, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Atlas, Nancy F. | 09/10/2013 |

| 6. | American Bar Association, Section of Litigation | 09/27/12-09/29/12 | St. Louis, MO | Fall Leadership Conference | transportation, lodging, meals |
|---|---|---|---|---|---|

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Atlas, Nancy F. | 09/10/2013 |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | (Section V Note 1) | See Section VIII | $0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Public Education Inc. | | None | | | Sold | 09/07/12 | J | A | |
| 2. Applied Materials Inc. (AMAT) | B | Dividend | | | Buy | 02/01/12 | K | | |
| 3. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 4. | | | | | Sold | 12/27/12 | K | C | |
| 5. ▇▇▇▇ BBVA Compass Bank, Houston TX | | None | K | T | | | | | |
| 6. AXA Equitable Universal Life Insurance | | None | L | T | | | | | |
| 7. BAIDU Inc. ADR( BIDU) | | None | | | Sold (part) | 03/26/12 | J | C | |
| 8. | | | | | Sold | 04/10/12 | J | C | |
| 9. BAIDU-Option to let buyer buy part of shares (X) | | None | | | Sold | 01/11/12 | J | | |
| 10. BAIDU-Option closing line 9 | | None | | | Buy | 03/13/12 | J | A | |
| 11. BBVA Compass Bank, Houston, TX | A | Interest | N | T | | | | | |
| 12. Berkshire Hathaway Inc. Del CL B (BRK.B) | | None | | | Buy (add'l) | 04/20/12 | K | | |
| 13. | | | | | Sold | 12/27/12 | M | D | |
| 14. Blackrock Muni Int. Dur Fund Inc. (MUI) | C | Dividend | | | Buy | 02/01/12 | K | | |
| 15. | | | | | Buy (add'l) | 02/14/12 | K | | |
| 16. | | | | | Buy (add'l) | 03/15/12 | K | | |
| 17. | | | | | Sold | 12/27/12 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blind Squirrel Partners LLC | B | Royalty | L | U | Buy (add'l) | 10/03/12 | K | | |
| 19. | | | | | Buy (add'l) | 12/14/12 | K | | |
| 20. Cisco Systems Inc. (CSCO) | A | Dividend | | | Sold (part) | 01/23/12 | K | | |
| 21. | | | | | Buy (add'l) | 04/24/12 | K | | |
| 22. | | | | | Sold | 04/27/12 | K | C | |
| 23. Cisco-Option to let buyer buy part of shares (X) (Y) | | None | | | Sold | 01/30/12 | J | A | |
| 24. Diamond Castle Partner IV, L.P. (FN 1) | A | Int./Div. | M | U | | | | | |
| 25. Diamond Castle Partner IV, Offshore Fund, L.P. | A | Dividend | J | U | | | | | |
| 26. Dreyfus Appreciation Fund (FN 2) | A | Dividend | K | T | | | | | |
| 27. Enterprise Products Partners LP (EPD) | A | Dividend | | | Sold | 01/27/12 | L | D | |
| 28. Epiphany Community Nursery School Loan (FN 11) | A | Interest | | | | 01/12/12 | K | | |
| 29. | | | | | | 05/31/12 | K | | |
| 30. Exxon Mobil Corp. (XOM) | A | Dividend | | | Sold | 04/09/12 | K | A | |
| 31. Google Inc. CL A (GOOG) | | None | | | Buy (add'l) | 02/03/12 | K | | |
| 32. | | | | | Sold | 06/27/12 | L | | |
| 33. Google-Option to let buyer buy part of shares (X) (Y) | | | | | Sold | 04/10/12 | J | B | |
| 34. Google-Option to let buyer buy part of shares (X) (Y) | | | | | Sold | 05/14/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #1 (FN14) | F | Int./Div. | P1 | T | | | | | |
| 36. - IRA #1: Aberdeen Asia-Pacific Income Fund Inc. (FAX) | | | | | Buy | 02/24/12 | L | | |
| 37. - IRA #1: Applied Materials Inc. (AMAT) | | | | | Buy | 02/14/12 | L | | |
| 38. | | | | | Buy (add'l) | 03/13/12 | K | | |
| 39. | | | | | Buy (add'l) | 03/20/12 | K | | |
| 40. | | | | | Buy (add'l) | 05/08/12 | J | | |
| 41. | | | | | Buy (add'l) | 06/05/12 | J | | |
| 42. - IRA #1: Baker Hughes Inc. (BHI) | | | | | Sold | 03/20/12 | K | | |
| 43. - IRA #1: Berkshire Hathaway Inc. (BAM) | | | | | | | | | |
| 44. - IRA #1: Berkshire-Option to let buyer buy part (X) (FN12) | | | | | Sold | 06/11/12 | J | | |
| 45. - IRA #1: Blackrock Build America Bd Tr (BBN) | | | | | Buy | 03/15/12 | M | | |
| 46. | | | | | Buy (add'l) | 03/20/12 | K | | |
| 47. - IRA #1: Brookfield Asset Management Inc. (BAM) | | | | | Sold | 06/05/12 | L | | |
| 48. - IRA #1: Camden Ppty TR SH Ben Int. (CPT) | | | | | Buy | 01/03/12 | L | | |
| 49. | | | | | Sold | 04/09/12 | L | B | |
| 50. - IRA #1: Cisco Systems Inc. (CSCO) | | | | | Sold (part) | 01/24/12 | K | B | |
| 51. | | | | | Buy (add'l) | 05/09/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/04/12 | K | | |
| 53. | | | | | Sold (part) | 06/05/12 | K | | |
| 54. - IRA #1: Cisco Systems Inc. (CSCO) Option (FN 3) | | | | | Buy | 03/20/12 | J | | |
| 55. - IRA #1:Cisco-Option to let buyer buy part of shares (X)(Y) | | | | | Sold | 05/09/12 | J | C | |
| 56. - IRA #1: Corning Inc. (GLW) | | | | | Buy | 03/20/12 | L | | |
| 57. | | | | | Sold | 04/20/12 | L | | |
| 58. - IRA #1: Eaton Vance Float Rate Inc. TR Closed End Fd (EFT) | | | | | Buy | 06/11/12 | L | | |
| 59. | | | | | Buy (add'l) | 06/20/12 | K | | |
| 60. - IRA #1: Excelon Corp. (EXC) | | | | | Buy (add'l) | 01/18/12 | K | | |
| 61. | | | | | Buy (add'l) | 02/23/12 | K | | |
| 62. - IRA #1: Exxon Mobil Corp. (XOM) | | | | | Sold (part) | 02/23/12 | K | B | |
| 63. | | | | | Sold | 04/09/12 | L | B | |
| 64. - IRA #1: Exxon Mobil Corp. (XOM) Option (FN 4) | | | | | Buy | 03/13/12 | J | | |
| 65. - IRA #1: Guggenheim Build America BDS (GBAB) | | | | | Sold | 03/20/12 | K | B | |
| 66. - IRA #1: Intel Corp. (INTC) | | | | | Sold (part) | 01/23/12 | K | C | |
| 67. | | | | | Sold | 01/26/12 | K | C | |
| 68. - IRA #1: John Hancock PFD - Income II-Closed End Fund (HPF) | | | | | Sold | 06/05/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - IRA #1: John Hancock Premium Div. Fund ETF (PDT | | | | | Buy (add'l) | 05/14/12 | K | | |
| 70. | | | | | Sold (part) | 06/05/12 | K | | |
| 71. | | | | | Sold | 06/11/12 | J | A | |
| 72. - IRA #1: Johnson & Johnson (JNJ) | | | | | Sold (part) | 01/30/12 | K | | |
| 73. | | | | | Sold | 03/20/12 | L | | |
| 74. - IRA #1: Johnson & Johnson (JNJ) Option (X) (Y) | | | | | Sold | 01/24/12 | J | A | |
| 75. - IRA #1: Johnson Controls Inc. (JCI) | | | | | Buy (add'l) | 02/01/12 | K | | |
| 76. | | | | | Buy (add'l) | 02/03/12 | K | | |
| 77. | | | | | Buy (add'l) | 05/09/12 | K | | |
| 78. - IRA #1: Matthews Intl FDS-Asia Dividend FD (MAPIX) | | | | | Buy (add'l) | 04/18/12 | K | | |
| 79. - IRA #1: MFA Financial Inc. REITS (MFA) | | | | | Buy (add'l) | 06/27/12 | K | | |
| 80. - IRA #1: Microsoft Corp. (MSFT) | | | | | Sold | 02/14/12 | L | D | |
| 81. - IRA #1: National Oilwell Varco Inc. (NOV) | | | | | Sold (part) | 02/29/12 | K | B | |
| 82. | | | | | Buy | 03/20/12 | K | | |
| 83. | | | | | Sold (part) | 04/10/12 | K | | |
| 84. | | | | | Buy (add'l) | 05/09/12 | K | | |
| 85. | | | | | Sold | 06/26/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - IRA #1: National Oilwell Varco (NOV) Option (X) (Y) | | | | | Sold | 01/27/12 | J | C | |
| 87. - IRA #1: National Retail Properties Inc. (NNN) | | | | | | | | | |
| 88. - IRA #1: Nuveen Fltg Rate Incm Oppty FD (JRO) | | | | | Buy | 04/18/12 | K | | |
| 89. | | | | | Buy (add'l) | 04/20/12 | K | | |
| 90. | | | | | Buy (add'l) | 05/08/12 | K | | |
| 91. | | | | | Buy (add'l) | 05/09/12 | J | | |
| 92. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 93. - IRA #1: Pepsico Inc. (PEP) | | | | | Sold | 05/09/12 | L | | |
| 94. - IRA #1: Proctor Gamble Co. (PG) | | | | | Sold (part) | 04/10/12 | K | | |
| 95. | | | | | Sold | 05/01/12 | L | | |
| 96. - IRA #1: Redwood Trust (RWT) | | | | | Buy (add'l) | 06/05/12 | K | | |
| 97. - IRA #1: Stratton FDS Inc. Small-Cap YLD (STSCX) | | | | | Buy | 04/18/12 | L | | |
| 98. - IRA #1: Taiwan Semiconductor (TSM) | | | | | Sold (part) | 01/11/12 | J | | |
| 99. | | | | | Sold (part) | 01/24/12 | K | A | |
| 100. | | | | | Sold | 06/05/12 | K | A | |
| 101. - IRA #1: TD Ameritrade Money Market Acct. | | | | | | | | | |
| 102. - IRA #1: United Parcel Service (UPS) | | | | | Buy (add'l) | 05/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/05/12 | L | | |
| 104. - IRA #1: United Parcel-Option to let buyer buy shares (X) | | | | | Sold | 06/11/12 | J | | |
| 105. - IRA #1: Verizon Communications COM (VZ) | | | | | Buy | 04/18/12 | L | | |
| 106. - IRA #1: Vodaphone Group PLC ADR (VOD) | | | | | Sold | 03/06/12 | L | | |
| 107. - IRA #1: Western Asset Emerging Markets Debt Fund (EDS) | | | | | Buy (add'l) | 01/27/12 | K | | |
| 108. | | | | | Buy (add'l) | 02/03/12 | K | | |
| 109. | | | | | Sold (part) | 03/06/12 | J | A | |
| 110. | | | | | Sold (part) | 05/08/12 | J | A | |
| 111. | | | | | Sold (part) | 05/09/12 | K | B | |
| 112. | | | | | Sold | 06/05/12 | L | | |
| 113. - IRA #1: XILINX Inc. (XLNX) | | | | | Sold | 03/20/12 | K | D | |
| 114. - IRA #1: XILINX-Closing out 12/1/11 option sell (FN 5) | | | | | Buy | 03/13/12 | J | | |
| 115. IRA #2 (FN14) | E | Int./Div. | O | T | | | | | |
| 116. - IRA #2: GLD-MFC SPDR Gold TR Gold SHS | | | | | Buy | 06/11/12 | K | | |
| 117. - IRA #2: GUNR-MFC Flexshares TR Morningstar Global Upstream | | | | | Buy | 06/11/12 | J | | |
| 118. - IRA #2: NGREX-MFB Northern FDS Global Real Estate Index FD | | | | | Buy | 12/13/12 | K | | |
| 119. - IRA #2: NHFIX-MFB Northern Hi Yield Fxd Inc FD | | | | | Buy | 12/13/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - IRA #2: NMHYX-MFB Northern Funds Multi Manager High Yield | | | | | Buy | 06/11/12 | M | | |
| 121. | | | | | Sold (part) | 11/02/12 | K | A | |
| 122. | | | | | Sold | 12/13/12 | L | D | |
| 123. - IRA #2: NMIEX-MFB Northern Multi-Manager Intl Equity Fund | | | | | Buy | 06/11/12 | M | | |
| 124. | | | | | Sold | 12/13/12 | M | E | |
| 125. - IRA #2: NMMCX-MFB Northern Multi-Manager Mid Cap fund | | | | | Buy | 06/11/12 | K | | |
| 126. | | | | | Sold | 12/13/12 | K | C | |
| 127. - IRA #2: NMMEX-MFB Northern FDS Multi-Manager Emerging Mkts | | | | | Buy | 06/11/12 | L | | |
| 128. | | | | | Buy (add'l) | 11/02/12 | K | | |
| 129. | | | | | Sold | 12/13/12 | M | D | |
| 130. - IRA #2: NMMGX-MFB Northern FDS Multi-Manager Global Real | | | | | Buy | 06/11/12 | K | | |
| 131. | | | | | Sold | 12/13/12 | K | D | |
| 132. - IRA #2: NMMSX-MFB Northern Multi-Manager Small Cap Fund | | | | | Buy | 06/11/12 | J | | |
| 133. | | | | | Sold | 12/13/12 | K | B | |
| 134. - IRA #2: NOBOX-MFB Northern FDS BD Index FD | | | | | Buy | 06/11/12 | L | | |
| 135. | | | | | Buy (add'l) | 12/13/12 | K | | |
| 136. - IRA #2: NOEMX-MFB Northern FDS Emerging Mkts Equity Index | | | | | Buy | 12/13/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - IRA #2: NOFIX-MFB Northern FDS Fixed Income FD | | | | | Buy | 06/11/12 | K | | |
| 138. | | | | | Sold | 12/23/12 | K | A | |
| 139. - IRA #2: NOINX-MFB Northern Intl Equity Index FD | | | | | Buy | 12/13/12 | M | | |
| 140. - IRA #2:NOMIX-MFB Northern Mid Cap Index FD | | | | | Buy | 12/13/12 | K | | |
| 141. - IRA #2: NORXX-MFB Northern Funds Money Market Fund | | | | | Buy | 03/30/12 | O | | |
| 142. - IRA #2: NOSIX-MFB Northern FDS STK Index FD | | | | | Buy | 06/11/12 | M | | |
| 143. | | | | | Sold (part) | 11/02/12 | K | B | |
| 144. - IRA #2: NSGRX-MFB Northern Funds Small Cap Core Fund | | | | | Buy | 06/11/12 | J | | |
| 145. | | | | | Sold | 12/13/12 | K | B | |
| 146. - IRA #2: NSIDX-MFB Northern FDS Small Cap Index FD | | | | | Buy | 12/13/12 | K | | |
| 147. - IRA #2: NUSFX-Northern FDS Ultra Short Fixed Income FD | | | | | Buy | 11/02/12 | J | | |
| 148. - IRA #2: PCRIX-MFO Pimco FDS Pac Invt Mgmt Ser Commodity | | | | | Buy | 06/12/12 | J | | |
| 149. - IRA #2: TDTF-MFC Flexshares TR IBOXX 5 Yr Target Duration | | | | | Buy | 06/11/12 | J | | |
| 150. - IRA #2: TDTT-MFC Flexshares TR IBOXX 3 Yr Target Duration | | | | | Buy | 06/11/12 | J | | |
| 151. IRA #3 (FN14) | A | Int./Div. | M | T | | | | | |
| 152. - IRA #3: Vanguard 500 Index Fund | | | | | Sold | 03/29/12 | L | E | |
| 153. - IRA #3: Vanguard Treasury Money Market Fnd | | | | | Sold | 03/29/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. IRA #4: Vanguard Treasury Money Market Fund | A | Interest | | | Sold | 03/29/12 | O | | |
| 155. IRA #5: Vanguard Small Cap Index Fund | A | Dividend | J | T | Buy (add'l) | 06/19/12 | J | | |
| 156. Ishares MSCI Singapore (EWS) | A | Dividend | | | Sold | 12/27/12 | K | A | |
| 157. ITT Hartford Annuity | | None | | | Closed | 12/04/12 | L | F | |
| 158. Johnson Controls Inc. (JCI) | A | Dividend | | | Buy (add'l) | 03/13/12 | K | | |
| 159. | | | | | Sold | 12/27/12 | K | | |
| 160. Kinder Morgan Inc. | A | Dividend | J | T | | | | | |
| 161. Magellan Midstream Partners (MMP) | D | Distribution | | | Buy (add'l) | 06/27/12 | L | | |
| 162. | | | | | Donated (part) | | | | |
| 163. | | | | | Sold | 12/27/12 | L | D | |
| 164. Matthews Intl FDS-Asia Dividend FD (MAPIX) | A | Dividend | | | Sold | 12/27/12 | K | A | |
| 165. MetLife Investors Group Inc. | | None | | | Closed | 12/03/12 | M | G | |
| 166. Mylan Inc. (MYL) | | None | | | Buy (add'l) | 04/08/12 | K | | |
| 167. | | | | | Sold | 12/27/12 | L | D | |
| 168. Nexus Members 1999 Drilling Fund LLLP (X) | | None | J | U | | | | | |
| 169. Nexus Resources LLC-Preferred | E | Royalty | K | U | | | | | |
| 170. Nuveen Dividend Advantage Muni Income Fund (NVG) | B | Interest | | | Buy | 02/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/18/12 | K | | |
| 172. | | | | | Buy (add'l) | 04/20/12 | K | | |
| 173. | | | | | Sold | 12/27/12 | K | A | |
| 174. Real Property, Travis County, TX | E | Rent | N | W | | | | | |
| 175. Redwood Trust (RWT) | B | Dividend | | | Sold | 12/27/12 | K | D | |
| 176. Roth IRA #1 | C | Int./Div. | M | T | | | | | |
| 177. - Roth IRA : Vanguard Small Cap Index Fund | | | | | | | | | |
| 178. - Roth IRA: Vanguard Treasury Money Market Fund | | | | | | | | | |
| 179. - Roth IRA Rollover: Vanguard 500 Index Fund | | | | | | | | | |
| 180. Taiwan Semiconductor (TSM) | | None | | | Sold | 06/27/12 | J | | |
| 181. TD Ameritrade Money Market Acct. | A | Interest | K | T | | | | | |
| 182. TPG Partners V, L.P. (FN 6) | C | Int./Div. | L | U | | | | | |
| 183. ▨ 401(K) PIMCO Total Ret-Inst (FN 7) | | Interest | M | T | | | | | |
| 184. ▨ 401(K) Vanguard Infl-Prot Secs (FN 7) | | Interest | M | T | Sold (part) | 07/19/12 | K | | |
| 185. ▨ 401(K) Vanguard Institutional Index (FN 7) | | Dividend | O | T | | | | | |
| 186. ▨ 401(K) Vanguard Mid Cap Index (FN 7) | | Dividend | N | T | | | | | |
| 187. ▨ 401(K) Vanguard Total International Stock Index (FN 7) | | Dividend | O | T | Buy (add'l) | 07/19/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Vanguard Federal Money Market Fund | A | Interest | | | Sold | 05/18/12 | L | | |
| 189. Vanguard Prime Money Market Fund | A | Interest | | | Sold | 05/18/12 | K | | |
| 190. Vanguard Treasury Money Market Fund | A | Interest | | | Sold (part) | 06/19/12 | J | | |
| 191. | | | | | Sold | 09/12/12 | L | | |
| 192. [redacted] Pension Plan (FN 8) | | None | O | T | | | | | |
| 193. Wegoma Berkshire VII, L.P. (FN 9) | D | Int./Div. | K | U | | | | | |
| 194. WG&M Capital Account | C | Interest | O | T | Distributed (part) | 02/10/12 | L | | |
| 195. TRUST 1 | D | Dividend | O | T | | | | | |
| 196. - Dreyfus Appreciation Fund (FN 2) | | | | | | | | | |
| 197. TRUST 2 | C | Int./Div. | M | T | | | | | |
| 198. - BBVA Compass Bank, Houston, TX Acct. # 4 | | | | | | | | | |
| 199. - GLD: MFC Spdr Gold Tr Gold Shs | | | | | Buy (add'l) | 04/20/12 | J | | |
| 200. - GUNR: MFC Flexshares TR Morningstar Global Upstream Nat. | | | | | | | | | |
| 201. - NGREX: MFB Northern FDS Global Real Estate Index | | | | | Buy | 12/13/12 | J | | |
| 202. - NHFIX: MFB Northern High Yield Fixed Income | | | | | Buy (add'l) | 02/02/12 | J | | |
| 203. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 204. | | | | | Sold (part) | 11/02/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - NHYMX: MFB Northern Funds High Yield Municipal Fund | | | | | Sold | 02/02/12 | J | A | |
| 206. - NMIEX: MFB Northern Multi-Manager Intl Equity | | | | | Sold | 12/13/12 | K | | |
| 207. - NMMCX: MFB Northern Multi-Manager Mid Cap | | | | | Sold | 12/13/12 | J | | |
| 208. - NMMEX: MFB Northern Funds Multi-Manager Emerging Mkts Equi | | | | | Buy (add'l) | 04/20/12 | J | | |
| 209. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 210. | | | | | Sold | 12/13/12 | J | | |
| 211. - NMMGX: MFB Northern Funds Multi-Manager Global Real Estate | | | | | Buy (add'l) | 04/20/12 | J | | |
| 212. | | | | | Sold | 12/13/12 | J | A | |
| 213. - NMMLX: MFB Northern Funds Multi-Manager Large Cap | | | | | Sold (part) | 04/20/12 | J | A | |
| 214. | | | | | Sold (part) | 11/02/12 | J | | |
| 215. | | | | | Sold | 12/13/12 | K | A | |
| 216. - NMMSX: MFB Northern Multi-Manager Small Cap | | | | | Sold | 12/13/12 | J | | |
| 217. - NOEMX: MFB Northern FDS Emerging Mkts Equity Index FD | | | | | Buy | 12/13/12 | J | | |
| 218. - NOINX: MFB Northern Intl Equity Index FD | | | | | Buy | 12/13/12 | K | | |
| 219. - NOITX: MFB Northern Funds Inter Tax Exempt Fund | | | | | Sold (part) | 04/20/12 | J | A | |
| 220. - NOMIX: MFB Northern Mid Cap Index FD | | | | | Buy | 12/13/12 | J | | |
| 221. - NOMXX: MFB Northern Funds Mun Money Mkt | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - NOSIX: MFB Northern FDS Stk Index FD | | | | | Buy | 12/13/12 | K | | |
| 223. - NSGRX: MFB Northern Funds Small Cap Core | | | | | Sold | 12/13/12 | J | A | |
| 224. - NSIDX: MFB Northern FDS Small Cap Index FD | | | | | Buy | 12/13/12 | J | | |
| 225. - NTAUX: MFB Northern FDS Tax Advantaged Ultra Short Fixed | | | | | Buy | 11/02/12 | J | | |
| 226. - PCRIX: MFO Pimco FDS PAC Invt Mgmt Ser Commodity Real Retu | | | | | | | | | |
| 227. - TDTF: MFC Flexshares Tr IBOXX 5 yr Target Duration TIPS In | | | | | | | | | |
| 228. - TDTT: MFC Flexshares Tr IBOXX 3 yr Target Duration TIPS In | | | | | | | | | |
| 229. - Vanguard Small-Cap Index Fund | | | | | Sold | 06/15/12 | J | | |
| 230. TRUST 3 | C | Int./Div. | M | T | | | | | |
| 231. - BBVA Compass Bank, Houston, TX Acct. # 5 | | | | | | | | | |
| 232. - GLD: MFC Spdr Gold Tr Gold Shs | | | | | Buy (add'l) | 04/20/12 | J | | |
| 233. - GUNR: MFC Flexshares TR Morningstar Global Upstream Nat. R | | | | | | | | | |
| 234. - NGREX: MFB Northern FDS Global RealEstate Index | | | | | Buy | 12/13/12 | J | | |
| 235. - NHFIX: MFB Northern High Yield Fixed Income Fund | | | | | Buy (add'l) | 02/02/12 | J | | |
| 236. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 237. | | | | | Sold (part) | 11/02/12 | J | A | |
| 238. - NHYMX: MFB Northern Funds High Yield Municipal Fund | | | | | Sold | 02/02/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - NMIEX: MFB Northern Multi-Manager Intl Equity Fund | | | | | Sold | 12/13/12 | K | | |
| 240. - NMMCX: MFB Northern Multi-Manager Mid Cap Fund | | | | | Sold | 12/13/12 | J | | |
| 241. - NMMEX: MFB Northern Funds Multi-Manager Emerging Mkts Equi | | | | | Buy (add'l) | 04/20/12 | J | | |
| 242. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 243. | | | | | Sold | 12/13/12 | J | | |
| 244. - NMMGX: MFB Northern Funds Multi-Manager Global Real Estate | | | | | Buy (add'l) | 04/20/12 | J | | |
| 245. | | | | | Sold | 12/13/12 | J | A | |
| 246. - NMMLX: MFB Northern Funds Multi-Manager Large Cap | | | | | Sold (part) | 04/20/12 | J | | |
| 247. | | | | | Sold (part) | 11/02/12 | J | | |
| 248. | | | | | Sold | 12/13/12 | K | A | |
| 249. - NMMSX: MFB Northern Multi-Manager Small Cap Fund | | | | | Sold | 12/13/12 | J | | |
| 250. - NOEMX: MFB Northern FDS Emerging Mkts Equity Index Inde FD | | | | | Buy | 12/13/12 | J | | |
| 251. - NOINX: MFB Northern Intl Equity Index FD | | | | | Buy | 12/13/12 | K | | |
| 252. - NOITX: MFB Northern Funds Inter Tax Exempt Fund | | | | | Sold (part) | 04/20/12 | J | A | |
| 253. - NOMIX: MFB Northern Mid Cap Index FD | | | | | Buy | 12/13/12 | J | | |
| 254. - NOMXX: MFB Northern Funds Mun Money Mkt Fund | | | | | | | | | |
| 255. - NOSIX: MFB Northern FDS Stk Index FD | | | | | Buy | 12/13/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - NSGRX: MFB Northern Funds Small Cap Core Fund | | | | | Sold | 12/13/12 | J | A | |
| 257. - NSIDX: MFB Northern FDS Small Cap Index FD | | | | | Buy | 12/13/12 | J | | |
| 258. - NTAUX: MFB Northern FDS Tax Advantaged Ultra Short Fixed | | | | | Buy | 11/02/12 | J | | |
| 259. - PCRIX: MFO Pimco Funds PAC Invt Mgmt Ser Commodity Real Re | | | | | | | | | |
| 260. - TDTF: MFC Flexshares Tr IBOXX 5 yr Target Duration TIPS In | | | | | | | | | |
| 261. - TDTT: MFC Flexshares Tr IBOXX 3 yr Target Duration TIPS In | | | | | | | | | |
| 262. - Vanguard Small-Cap Index Fund | | | | | Sold | 06/15/12 | J | | |
| 263. TRUST 4 | | None | N | T | | | | | |
| 264. - BBVA Compass Bank, Houston, TX Acct. #6 | | | | | | | | | |
| 265. - Pacific Life Ins. Co.: Mercury Equity Index Fund (FN 10) | | | | | | | | | |
| 266. TRUST 5 | A | Int./Div. | N | T | | | | | |
| 267. - American General Life Ins. Co. (Universal Life Ins.) | | | | | | | | | |
| 268. - Lincoln National Life Ins. Co. (Universal Life Ins.) | | | | | | | | | |
| 269. -Vanguard 500 Index Fund (was Vanguard Index Trust 500 Portf | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section V Notes:

(1)   A few times each year, friends invite my spouse and me to sit with them at tables they have purchased at charity events. We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events. Since my confirmation, each time a friend has invited us to sit at his/her table, my husband has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event. Each time, the invitation has come from a close friend whose friendship long predated my nomination. A few of those friends are lawyers and could someday represent clients in my court. To my knowledge, none of those friends was a party or represented clients in my court at the time of the event at which we sat at their table.

Section VII Notes:

(1) Diamond Castle Partner IV, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J on 10/10/12.

(2) Every year in late March and late December, the income from the Dreyfus Appreciation Fund in Trust 1 is automatically swept into and invested in the Dreyfus Appreciation Fund held in my personal account.

(3) This closed the item at line 49 in the 2011 report.

(4) This closed the item at line 62 in the 2011 report.

(5) This closed the item at line 136 in the 2011 report.

 (6) TPG Partners V, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J on 05/24/12.

(7) Although my spouse left the employ of [ ] in 2006, he continues to participate in the [ ] Retirement Plans A and B. These are individual account defined contribution plans qualified under I.R.C. Section 401(a). The contributions by the firm were fixed during my spouse's employment by the firm. Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature. The Trustee of the Plan is JPMorgan Chase Bank, N.A., Houston, Texas. My husband has no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which he has the limited discretion to choose any of a number of funds that are available. These funds are managed by outside investment advisors. I cannot determine how much of the change in total market value since last year was due to interest and/or dividends or the amount of capital gains on sale of shares in the fund. JP Morgan Chase informed my spouse that they cannot provide me with this information.

(8) Annual payment (beginning 1/15/15) of a fixed amount times years of service starting 1/1/95. Present value was provided by my husband's former law firm.

(9) Wegoma Berkshire VII, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category A on 02/10, 5/21, and 6/25/12 and category B on 11/07, and 12/14/12.

(10)  Pacific Life Insurance Co. says that it cannot provide the income for any year. Company representatives state that because I hold an interest in an index fund in which the cash value of an insurance policy has been invested, and not an individual taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value. In addition, the company states, under applicable government regulations, an insurance policy is considered an asset, not an investment.

(11) A loan of K was made to this entity on 1/12/12; it was repaid in full on 5/31/12.

(12) This option was an open position at the end of 2012.

(13) The entry on line 162 (2011) F.D.R. was a personal loan that was fully paid during 2011.

(14) The assets listed in IRA's #1-3 were listed in the 2011 report but have been sorted into separate IRA's in 2012 for ease of reporting. This involves no reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy F. Atlas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544